ACCEPTED
03-15-00333-CV
5817647
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/25/2015 10:25:02 AM
JEFFREY D. KYLE
CLERK

NO. 03-15-00333-CV

In the Court of Appeals
for the Third Judicial District of Texas
at Austin

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/25/2015 10:25:02 AM
JEFFREY D. KYLE
Clerk

## JOSEPH P. THWEATT,

### Appellant,

### v.

## BILLINGSLEY HOUSE MOVING, INC., and OLIVER BILLINGSLEY,

### Appellees.

On Appeal from the 353rd Judicial District Court
Travis County, Texas
Trial Court Cause No. D-1-GN-14-005006

## JOINT AGREED MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT BRIEF

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 10.5(b), Joseph P. Thweatt, Billingsley House Moving, Inc., and Oliver Billingsley (collectively, the "Parties") file this Joint Agreed Motion (the "Motion") requesting that the time for filing the appellant brief be extended by 21 days to July 23, 2015. In support, the Parties would respectfully show the Court as follows:

1. Appellant Joseph P. Thweatt perfected this appeal by filing a notice of appeal on June 2, 2015. The clerk's record and reporter's record were filed on June 12, 2015. As a result, the current deadline for filing the appellant brief is July 2, 2015.

2. The Parties seek an extension of 21 days to file the appellant brief, that is, an extension of the deadline up to and including Thursday, July 23, 2015. The Parties seek this extension because they are engaged in ongoing settlement discussions that could resolve the appeal.

3. No previous extensions of time to file the appellant brief have been requested.

4. This Motion is a joint motion by all Parties to this appeal, and all Parties have agreed to the requested extension.

5. The Parties do not ask for this extension for purposes of delay, but so that justice may be served and they may best present their contentions and arguments to the Court.

WHEREFORE, the Parties respectfully request that the Court grant this Joint Agreed Motion for Extension of Time to File Appellant Brief, extending the deadline for filing the appellant brief to July 23, 2015, and grant such other relief, at law and in equity, to which the Parties are entitled.

Respectfully submitted,

By:____/s/Carl R. Galant_____

L. Lee Thweatt
State Bar No. 24008160
Terry & Thweatt, P.C.
One Greenway Plaza, Suite 100
Houston, Texas 77046-0102
Telephone: (713) 600-4710
Facsimile: (713) 600-4706
lthweatt@terrythweatt.com

Carl R. Galant
State Bar No. 24050633
McGinnis Lochridge
600 Congress Avenue, Suite 2100
Austin, Texas 78701
Telephone: (512) 495-6083
Facsimile: (512) 505-6383
cgalant@mcginnislaw.com

**ATTORNEYS FOR APPELLANT**

By:_____
Tom Murphy

Tom Murphy
Law Office of Tom Murphy
9600 Great Hills Trail, Suite 150 W
Austin, TX 78759
Facsimile: (512) 493-0691
tom@tommurphyslaw.com

**ATTORNEY FOR APPELLEES**

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on the _25th day of June, 2015, I served a copy of the Joint Agreed Motion for Extension of Time to File Appellant Briefs upon counsel of record for the Appellees in this case pursuant to the Texas Rules of Civil Procedure:

Mr. Tom Murphy
Law Office of Tom Murphy
9600 Great Hills Trail, Suite 150 W
Austin, TX 78759
*Via Facsimile:  512-493-0691*

        _/s/Carl R. Galant_____

         Carl R. Galant